Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona  85004-2554
Telephone: (602) 262-5911
MinuteEntries@jsslaw.com

Attorneys for Defendant Jai Ambe Phoenix, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>                 Plaintiff,<br><br>vs.<br><br>Jai Ambe Phoenix, LLC,<br><br>                 Defendant. | No. 2:17-CV-03282-SPL<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable Stephen P. Logan) |

The Parties hereby give notice that a settlement in principal has been reached in this case that resolves all claims.  The parties are in the process of finalizing the settlement documents and will file a Stipulated Notice of Dismissal with Prejudice upon completion of the settlement documentation.  The parties request that the case be placed on the inactive calendar for 45 days to allow the parties to complete the settlement documents.

RESPECTFULLY SUBMITTED this 27th day of November, 2017.

**JENNINGS, STROUSS & SALMON, P.L.C.**


By: s/  Lindsay G. Leavitt
        Lindsay G. Leavitt
        One East Washington Street, Suite 1900
        Phoenix, AZ  85004-2554
        *Defendant*

5855475v1(67035.1)

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on November 27, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com
STROJNIK, P.C.
2375 East Camelback Road, Ste. 600
Phoenix, AZ 85016

☐  I hereby certify that on November 27, 2017, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

       s/ Tana Davis-Digeno

2

5855475v1(67035.1)