IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br>vs.<br><br>Jai Ambe Phoenix, LLC,<br><br>    Defendant. | No. CV-17-03282-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's November 27, 2017 Order (Doc. 13),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 16th day of January, 2018.

Honorable Steven P. Logan
United States District Judge